FAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1956

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.**<br>**RUIZ-Maclish, Eustaquio** | **Magistrate's Case No.**<br><u>COMPLAINT FOR VIOLATION OF</u> KMH<br>21 U.S.C. 952 and 960<br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about June 25, 2008, within the Southern District of California, defendant Eustaquio RUIZ-Maclish did knowingly and intentionally import approximately 157.74 kilograms (347.02 pounds) of marijuana, a schedule I substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Eveleen Cabrera
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 26th day of June, 2008.

Louisa Porter
United States Magistrate Judge

FAS

United States of America
VS.
**Eustaquio RUIZ-Maclish**

STATEMENT OF FACTS

On June 25, 2008, at approximately 8:54 am, Eustaquio RUIZ-Maclish entered the United States from Mexico through the Otay Mesa Commercial Port of Entry (POE) in a 1997 Freightliner tractor bearing California license plate 9E14717 and a 1977 "Beri" trailer bearing Tennessee license plate T714656.

Customs and Border Protection (CBP) Officer Stuart Sablan was assigned to primary lane #5 when he came in contact with RUIZ, who was attempting entry with a trailer of steel scrap. RUIZ made a negative Customs declaration. Officer Sablan conducted a visual examination of the tractor's gas tanks and discovered smudge marks on both gas tanks. Officer Sablan tapped both gas tanks and both tapped solid. Officer Sablan requested the assistance of CBP Officer Antonio Tabucbuc.

During post-primary blocks, Officer Tabucbuc inspected the tractor as requested by Officer Sablan. Officer Tabucbuc tapped a gas tank and it tapped solid. Officer Tabucbuc noticed that the banding/gas tank strap had been replaced and that the bolts were tampered with. RUIZ and the tractor/trailer were then referred to secondary for further inspection.

In the secondary inspection dock, Officer Tabucbuc probed the driver side gas tank and discovered a false wall. Officer Tabucbuc notified the Cargo Analytical Research Investigative Team (CARIT) of the findings.

CBP Canine Enforcement Officer (CEO) Charles Petrach was requested to screen the tractor using his Narcotics Detector Dog (NDD). The NDD alerted to the odor of narcotics

FAS

coming from both gas tanks. CBP Officer Bruce Barton then x-rayed the tractor-trailer. Officer Barton noticed separation lines, indicating anomalies, in the fuel tank from the x-ray image.

Upon further inspection of the tractor-trailer, CBP Officer Hector Herrera discovered three (3) wrapped packages in each gas tank, totaling six (6) packages. Officer Herrera probed one random package of a green leafy substance, which field-tested positive for marijuana. The total weight of the marijuana seized was 157.74 kilograms (347.02 pounds).

Post Miranda, RUIZ stated he was being paid $2,000 USD to smuggle marijuana in the tractor's gas tanks. RUIZ stated he was to pick up someone in the U.S. to determine the final destination of the marijuana.

RUIZ was arrested for violating Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance. RUIZ was booked into the Metropolitan Correctional Center, San Diego, CA on the above charges.